**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6171**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

RANDOLF MOORE, a/k/a Randy, a/k/a Booney,

    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (4:95-cr-00041-D-7)

---

Submitted:  February 27, 2024          Decided:  March 15, 2024

---

Before NIEMEYER and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Randolf Moore, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolf Moore appeals the district court's order granting in part and denying in part his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and for a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Moore*, No. 4:95-cr-00041-D-7 (E.D.N.C. Feb. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*